UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BROWN** | **CIVIL ACTION** |
| **VERSUS** | |
| | **NO. 22-2293** |
| **LAFRENIERE ASSISTED LIVING CENTER AND JOHN DOE** | **SECTION "L" (5)** |

### ORDER

The Court has been advised that the parties recently reached a settlement of all claims in the above-captioned case. Accordingly,

**IT IS HEREBY ORDERED** that this action be and is hereby **DISMISSED** without cost and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

**IT IS FURTHER ORDERED** that Defendant LA Park Manor, LLC's Motion for Summary Judgment, at R. Doc. 24, be **DENIED AS MOOT**.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this 10th day of May, 2023.

*[signature: Eldon E. Fallon]*

**UNITED STATES DISTRICT JUDGE**